Scott E. Davis
State Bar No. 016160
SCOTT E. DAVIS, P.C.
8360 E. Raintree Drive, Suite 140
Scottsdale, AZ 85260

Telephone: (602) 482-4300
Facsimile:  (602) 569-9720
email: davis@scottdavispc.com

*Attorney for Plaintiff Li Ping Smith*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Li Ping Smith,<br><br>         Plaintiff,<br><br>     v.<br><br>The Prudential Insurance Company of America; J.P. Morgan Chase Bank, N.A.; J.P. Morgan Chase Bank, N.A. Disability Plan,<br><br>         Defendants. | Case No.  2:17-cv-00414-BSB<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF ONLY THE NAMED DEFENDANTS** |

   Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff voluntarily dismisses, without prejudice, only the named Defendants J.P. Morgan Chase Bank, N.A. and the J.P. Morgan Chase Bank, N.A. Disability Plan, in the above referenced matter.

   Plaintiff advises the Court that the Complaint in this matter was filed on February 9 2017.  The named Defendants have not Answered or otherwise responded to the complaint.

-1-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

DATED this 7th day of March, 2017.

        SCOTT E. DAVIS. P.C.

By:   */s/ Scott E. Davis*
        Scott E. Davis
        Attorney for Plaintiff