Scott E. Davis
State Bar No. 016160
SCOTT E. DAVIS, P.C.
8360 E. Raintree Drive, Suite 140
Scottsdale, AZ 85260
T:  (602) 482-4300
F:  (602) 569-9720
E: davis@scottdavispc.com

Thomas O. Sinclair *(adm. pro hac vice)*
Sinclair Law Firm, LLC
2100-A South Bridge Parkway
Suite 336
Birmingham, AL 35209
T:  (205) 868-0818
F:  (205) 868-0894
E:  tsinclair@sinclairlawfirm.com

*Attorneys for Plaintiff Li Ping Smith*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Li Ping Smith,<br><br>         Plaintiff,<br><br>    v.<br><br>The Prudential Insurance Company of America,<br><br>         Defendant. | Case No.  2:17-cv-00414-JJT<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff hereby gives notice that this case has settled.  The parties are working on finalizing the settlement documentation at this time.  The parties will, as soon as possible, file with the Court a Stipulation and Order to dismiss this case with prejudice.

RESPECTFULLY SUBMITTED this 19th day of October, 2017.

By: */s/ Scott E. Davis*
       Scott E. Davis
       Tom Sinclair
       Attorneys for Plaintiff

-1-

**CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2017 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Anthony Fernandez, Esq.
Quintairos, Prieto, Wood & Boyer, P.A.
2390 E. Camelback Road
Suite 440
Phoenix, AZ 85016

Shelley Hebert, Esq.
Seyfarth Shaw, LLP
131 S. Dearborn Street
Suite 2400
Chicago, IL 60603

By:  *Lisa L. Martinez*
An employee of Scott E. Davis, P.C.