Scott E. Davis
State Bar No. 016160
SCOTT E. DAVIS, P.C.
8360 E. Raintree Drive, Suite 140
Scottsdale, AZ 85260

T: (602) 482-4300
F: (602) 569-9720
E: davis@scottdavispc.com

Thomas O. Sinclair *(adm. pro hac vice)*
Sinclair Law Firm, LLC
2100-A South Bridge Parkway
Suite 336
Birmingham, AL 35209

T: (205) 868-0818
F: (205) 868-0894
E: tsinclair@sinclairlawfirm.com

*Attorneys for Plaintiff Li Ping Smith*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Li Ping Smith,<br><br>             Plaintiff,<br><br>      v.<br><br>The Prudential Insurance Company of America,<br><br>             Defendant. | Case No. 2:17-cv-00414-JJT<br><br>**STIPULATED MOTION TO DISMISS CASE WITH PREJUDICE** |

The parties, having settled their dispute, stipulate that the Court shall dismiss this matter with prejudice. Each side will bear its own attorney's fees and costs.

RESPECTFULLY SUBMITTED this 26th day of October, 2017.

BY: */s/ Scott E. Davis*      BY: */s/ Shelley Hebert*
    Scott E. Davis                         Shelley Hebert
    Thomas O. Sinclair            Attorney for Defendant
    Attorneys for Plaintiff