NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Li Ping Smith,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Prudential Insurance Company of America, *et al.*,<br><br>　　　　Defendants. | No. CV-17-00414-PHX-JJT<br><br>**ORDER** |

Upon review of the parties' Stipulated Motion to Dismiss Case With Prejudice (Doc. 33), and good cause appearing,

IT IS ORDERED granting the Stipulated Motion (Doc. 33). The above-entitled matter is hereby dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

Dated this 27th day of October, 2017.

　　　　　　　　　　　　　　　　　　　Honorable John J. Tuchi
　　　　　　　　　　　　　　　　　　　United States District Judge